# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2229. GREGORY BRYANT v. HYO EUN PARK, et al.**
**A13A2230. HYO EUN PARK, et al. v. GREGORY BRYANT**

Hyo Eun Park filed a dispossessory action against Gregory Bryant and several other defendants in state court. The state court entered a writ of possession on January 11, 2012, but it then modified the writ on October 9, 2012. On October 18, 2012, Bryant filed a notice of appeal to this Court in Case No. A13A2229. Hyo Eun Park moved to dismiss Bryant's appeal, and the trial court entered its Order Requiring Payment of Costs for Appeal on April 17, 2013. In Case No. A13A2230, Hyo Eun Park filed its notice of cross appeal from that order. We lack jurisdiction.

Pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See also *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Bryant failed to file a timely notice of appeal, we lack jurisdiction over his appeal, and Case No. A13A2229 is hereby DISMISSED.

A valid appeal from a judgment must be perfected before a cross appeal can be perfected so as to give the appellate court jurisdiction over the cross appeal. See *Jarrad v. Copeland*, 205 Ga. App. 20, 21 (421 SE2d 84) (1992). Accordingly, Case No. A13A2230 is also hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 09/04/2013
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*